# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Emilio Gonzalez-Guerra,<br>a.k.a.: Emilio Guerra-Gonzalez,<br>(A090 202 586)<br>*Defendant* | Case No. 19-8015MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 23, 2019, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Emilio Gonzalez-Guerra, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 16, 2004, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:
**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey Jr., P.S. for Brooke T. Afshari

☒ Continued on the attached sheet.

*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 24, 2019

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On January 23, 2019, while investigating a previously removed alien and convicted felon, the Phoenix ICE Fugitive Operations Team encountered Emilio Gonzalez-Guerra during a vehicle stop, at 3334 West McDowell Road, in Phoenix, Arizona. At the scene, ICE officers determined Gonzalez-Guerra to be a citizen of Mexico, illegally present in the United States. On the same date, Gonzalez-Guerra was transported to the Phoenix ICE office for further investigation and processing. Gonzalez-Guerra was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Emilio Gonzalez-Guerra to be a citizen of Mexico and a previously deported criminal alien. Gonzalez-Guerra was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 16, 2004, pursuant to an order of removal issued by an immigration judge. There is no

record of Gonzalez-Guerra in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gonzalez-Guerra's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Emilio Gonzalez-Guerra was convicted of Attempted Molestation of a Child, a felony offense, on March 14, 1997, in the Superior Court of Arizona, Maricopa County. Gonzalez-Guerra was sentenced to six (6) months' incarceration and lifetime probation. Gonzalez-Guerra's criminal history was matched to him by electronic fingerprint comparison.

5. On January 23, 2019, Emilio Gonzalez-Guerra was advised of his constitutional rights. Gonzalez-Guerra freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about January 23, 2019, Emilio Gonzalez-Guerra, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 16, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 24th day of January, 2019.

_____
John Z. Boyle,
United States Magistrate Judge